**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
VIRGINIA T. TOMOVA, ESQ.
Nevada Bar No. 12504
E-mail: Virginia.Tomova@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Adrian A. Wolf, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LVGV, LLC dba The M Resort Spa Casino, a Nevada limited liability company; Does I through V; and Roe Business Entities VI through X,<br><br>Defendants. | Case No.: 2:19-cv-2222-APG-VCF<br><br>**Joint ~~Proposed~~ Stipulation And Order To Extend the Deadline to File the Joint Pre Trial Order**<br><br>**(Fourth Request)** |

**I.  Discovery Completed to Date**

- The parties conducted a FRCP 26(f) conference and have served their respective FRCP 26(a) disclosures.

- The parties mutually responded to written discovery.

- The parties designated expert witnesses.

- The parties deposed Adrian Wolf, Virginia Wolf, Don Gifford, and Kevin Prentiss.

**II.  Discovery Remaining**

- Deposition of Dr. Randall Yee, scheduled for September 15, 2021.

**III.  Why the Remaining Discovery Requires an Extension**

The parties completed discovery and a motion for summary judgment was filed. The court's order on that motion allowed Defendant to depose Dr. Yee. The parties then worked to schedule Dr. Yee's deposition for his calendar, which took longer than expected. The only deadline the parties ask

255435459v.2

-2-

to extend is the deadline to submit the pre-trial order, which may in part depend upon Dr. Yee's deposition testimony.

### III. Proposed Schedule for Completing Discovery

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Amend Pleadings/Add Parties | Closed | Closed |
| Initial Expert Disclosure | Closed | Closed |
| Rebuttal Expert Disclosure | Closed | Closed |
| Close of Discovery | Closed | Closed |
| Dispositive Motions | Closed | Closed |
| Pretrial Order | August 30, 2021 | September 30, 2021 |

LUH & ASSOCIATES

/s/ Craig Slater
_____
Craig D. Slater, Esq.
Nevada Bar No. 8667
8987 W. Flamingo Rd. #100
Las Vegas, NV 89147
Attorneys for Adrian Wolf

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

/s/ Michael P. Lowry
_____
Michael P. Lowry, Esq.
Nevada Bar No. 10666
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Attorneys for LVGV, LLC

It is so ordered.

_____
UNITED STATES MAGISTRATE JUDGE

9-3-2021

255435459v.2