

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Adrian A. Wolf, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LVGV, LLC dba The M Resort Spa Casino, a Nevada limited liability company; Does I through V; and Roe Business Entities VI through X,<br><br>Defendants. | Case No.: 2:19-cv-2222-APG-VCF<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss all claims in case 2:19-cv-2222, each to bear their own fees and costs. No trial date was scheduled.

| WILSON ELSER | LUH & ASSOCIATES |
|---|---|
| /s/ Michael Lowry<br>MICHAEL P. LOWRY, ESQ.<br>Nevada Bar No. 10666<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119<br>Attorneys for Defendant | /s/ Craig Slater<br>CRAIG SLATER, ESQ.<br>Nevada Bar No. 8667<br>8987 W. Flamingo Rd. Suite 100<br>Las Vegas, NV 89147<br>Attorneys for Adrian A. Wolf |

IT IS SO ORDERED.

_____
DISTRICT JUDGE
DATED: December 29, 2021

264548672v.1